FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 MAR -5 PM 1: 14

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 89 T24 AEP
46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about February 8, 2019, while on the high seas and aboard a vessel subject to the jurisdiction of the United States, the defendants,

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury, to distribute and possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about February 8, 2019, while on the high seas and aboard a vessel subject to the jurisdiction of the United States, the defendants,

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C § Section 960(b)(1)(B)(ii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all property subject to forfeiture pursuant to 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

  e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C § 853(p), as incorporated by 28 U.S.C § 2461(c).

          A TRUE BILL,

          _____
          Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
  Diego F. Novaes
  Assistant United States Attorney

By: _____
  Joseph K. Ruddy
  Assistant United States Attorney
  Chief, Transnational Organized Crime Section

FORM OBD-34
March 19

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

OSCAR ALFREDO BARRETO ALAVA,
VICTOR RODRIGUEZ MERCADO, and
EDWAR ELI QUINONES ORTEGA

**INDICTMENT**

Violations: 46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 5th day of March 2019.

_____
Clerk

Bail $ _____

GPO 863 525